UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **23-1579**

Hatikvah International Academy Charter School, Inc.,
v. East Brunswick Board of Education

(D.N.J. No. 3:21-cv-16324)

**ORDER**

    This appeal is from an order denying a motion to dismiss one claim. That claim, and others, remain pending in the district court. The order may therefore not be a "final decision[]" within the meaning of 28 U.S.C. § 1291 or otherwise appealable. See generally Aluminum Co. of Am. v. Beazer E., Inc., 124 F.3d 551, 557 (3d Cir. 1997) ("[T]here is no final order if claims remain unresolved and their resolution is to occur in the district court."). All parties must file written responses addressing this issue within fourteen days of this order.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: April 4, 2023
JK/cc: All Counsel of Record